**UNITED STATES of America, Plaintiff–Appellee,**

**v.**

**Keith Edward FRAZIER, Defendant–Appellant.**

**United States of America, Plaintiff–Appellee,**

**v.**

**Keith Edward Frazier, Defendant–Appellant.**

**Nos. 12–8147, 13–6308.**

United States Court of Appeals, Fourth Circuit.

Submitted: March 28, 2013.

Decided: April 11, 2013.

Keith Edward Frazier, Appellant Pro Se. Jennifer P. May–Parker, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before DIAZ and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keith Edward Frazier seeks to appeal the district court's orders denying his pro se motions to withdraw his guilty plea.

This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The orders Frazier seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeals for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*